Hon. Ricardo S. Martinez

IN UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GLORIA BROWN,<br><br>Plaintiff,<br><br>vs.<br><br>ARAMARK UNIFORM SERVICES (MATCHPOINT) LLC, a corporation doing business in the State of Washington and corporations ABC, DEF, and XYZ,<br><br>Defendants. | NO. 2:19-CV-00509 RSM<br><br>ORDER FOR DISMISSAL WITH PREJUDICE |

On this day the Court considered the parties' Stipulated Motion of Dismissal with Prejudice and noted that the parties jointly submitted the Stipulation. The Court is of the opinion that the relief requested therein should be GRANTED.

IT IS THEREFORE ORDERED that all claims asserted, or which could have been asserted in this matter, by and between Plaintiff Gloria Brown and Defendant Aramark Uniform Services (Matchpoint) LLC, are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2) and without an award of attorney's fees or costs.

ORDER FOR DISMISSAL WITH PREJUDICE
2:19-CV-00509 RSM

- 1 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1  DATED this 15th day of July, 2020.

2

3

4

5  RICARDO S. MARTINEZ
   CHIEF UNITED STATES DISTRICT JUDGE

ORDER FOR DISMISSAL WITH
PREJUDICE
2:19-CV-00509 RSM

- 2 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

**CERTIFICATE OF SERVICE**

I, Cynthia Daniel, declare as follows:

1) I am a citizen of the United States and a resident of the State of Washington. I am over the age of 18 years and not a party to the within entitled cause. I am employed by the law firm of Betts, Patterson & Mines, P.S., whose address is One Convention Place, Suite 1400, 701 Pike Street, Seattle, Washington 98101-3927.

2) By the end of the business day on July 15, 2020, I caused to be served upon counsel of record at the addresses and in the manner described below, the following document(s):

- **Order for Dismissal with Prejudice; and**
- **Certificate of Service.**

| *Counsel for Plaintiff Gloria Brown*<br>Mark R. Derricott<br>Jonathan R. Nolley<br>Emerald Law Group, PLLC<br>811 1st Ave Ste 510<br>Seattle, WA  98104-1428 | ☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Facsimile<br>☐ Overnight<br>☒ E-mail/ECF |
|---|---|

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 15th day of July 2020.

/s  *Cynthia Daniel*
Cynthia Daniel, Legal Assistant

ORDER FOR DISMISSAL WITH PREJUDICE
2:19-CV-00509 RSM

- 3 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988